DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT MONDRAGON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2909

[October 9, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 22007786CF10A.

Anthony P. Ryan, Regional Counsel, and Danielle Nicole Forté, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***